■ THEODORE L. TETENBAUM, Appellant, v PAULETTE J. TETENBAUM, Respondent. — Appeal from an order of the Supreme Court, Westchester County (Coppola, J.), entered July 1, 1981, dismissed, without costs or disbursements. That order was superseded by a further order of the same court, entered December 8, 1981, which granted reargument. Order entered December 8,

1981 affirmed, insofar as appealed from, without costs or disbursements. No opinion. Titone, J. P., Weinstein, Gulotta and Niehoff, JJ., concur.